UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06592
  DIANA D VARELA

                                   CHAPTER 13

                                   JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-0539

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/09/08 .

    2.  The case was dismissed without confirmation, 05/22/2008.

    3.  The Debtor paid a total of $   860.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GREATER CHICAGO FINANCE | SECURED VEHIC | .00 | .00 | 223.94 |
| ADVOCATE LUTHERAN GENERA | UNSECURED | NOT FILED | .00 | .00 |
| ALL SMILES DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST RETINA CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREATER CHICAGO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS BONE & JOINT CE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| MEA ELK GROVE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
MIDWEST PHYSICAL & HAND   UNSECURED     NOT FILED             .00              .00
PARKRIDGE ANESTHESIOLOGY  UNSECURED     NOT FILED             .00              .00
PELLETTIERI & ASSOC       UNSECURED     NOT FILED             .00              .00
PLEASANTVIEW FIRE PROTEC  UNSECURED     NOT FILED             .00              .00
PROACTIVE                 UNSECURED     NOT FILED             .00              .00
SHERMAN HOSPITAL          UNSECURED     NOT FILED             .00              .00
STATE COLLECTION SRV      UNSECURED     NOT FILED             .00              .00
US CELLULAR               UNSECURED     NOT FILED             .00              .00
VILLAGE OF ALGONQUIN      UNSECURED     NOT FILED             .00              .00
```

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 223.94 | .00 | .00 | .00 | 223.94 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 223.94 | .00 | .00 | .00 | 223.94 |

The Debtor's attorney, ERICK BOHLMAN ESQ            , was allowed $      .00
and was paid $      .00 .

The Trustee received $     13.79 .

Refunds to the Debtor totaled $     622.27 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 08/20/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE




                          PAGE  2
          CASE NO. 08 B 06592 DIANA D VARELA